SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
GURI GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>RAMHADDAD LLC D/B/A SHOP EASY LIQUOR; PARCO TUJUNGA LLC; DOES 1 to 10<br><br>        Defendants. | Case No. 2:20-cv-08358-DMG-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)]<br><br>Complaint Filed:  September 11, 2020<br>Trial Date:            None Set |

1  **TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:**

3    NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure
4  41(a)(1)(A)(i), Plaintiff Guri Gonzalez ("Plaintiff") hereby dismisses the above-
5  captioned action in its entirety and with prejudice as to all claims and causes of action
6  against all Defendants. Defendants have not filed any answers to Plaintiff's Complaint
7  and Defendants have advanced no cross-claims, either individually or collectively.

9  Dated: December 4, 2020        SO. CAL. EQUAL ACCESS GROUP

11              By:    */s/ Jason J. Kim*
                      Jason J. Kim, Esq.
12                    Jason Yoon, Esq.

13              Attorneys for Plaintiff Guri Gonzalez